1

HANSON BRIDGETT LLP
KIMON MANOLIUS - 154971

2

kmanolius@hansonbridgett.com
ALEXANDRA V. ATENCIO - 227251

3

aatencio@hansonbridgett.com
425 Market Street, 26th Floor

4

San Francisco, CA  94105
*Telephone:      (415) 777-3200*

5

*Facsimile:      (415) 541-9366*

6

Attorneys for Defendant
GOLDEN GATE BRIDGE, HIGHWAY AND

7

TRANSPORTATION DISTRICT

8

9

**UNITED STATES DISTRICT COURT**

10

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

**SAN FRANCISCO DIVISION**

12

13

DEEPANSHA SINGH, a minor, by her
General Guardian, Deep Singh,

14

15

Plaintiff,

16

v.

17

UNITED STATES OF AMERICA,
GOLDEN GATE BRIDGE, HIGHWAY
AND TRANSPORTATION DISTRICT,
JOSHUA WOZMAN, and DOES 1-100,
inclusive,

18

19

Defendants.

20

No. CV 09 4108 EMC

**STIPULATION EXTENDING DEFENDANT
GOLDEN GATE BRIDGE, HIGHWAY
AND TRANSPORTATION DISTRICT'S
TIME TO FILE A RESPONSE TO
PLAINTIFF'S COMPLAINT   ; ORDER____**

Action Filed:   September 4, 2009

21

22

23

24

25

Defendant GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION

26

DISTRICT ("District") and Plaintiff DEEPANSHA SINGH, a minor, by her General Guardian,

27

Deep Singh ("Plaintiff") hereby stipulate and agree to extend the time for the District to file a

28

response to Plaintiff's Complaint to and including November 13, 2009.  This Stipulation is made

- 1 -

1  pursuant to Rule 6-1(a) of the United States District Court for the Northern District of California.

2  **IT IS SO STIPULATED.**

3

4  DATED:  October 22, 2009                    HANSON BRIDGETT LLP

5

6                                             By: _____

7                                             KIMON MANOLIUS
                                              ALEXANDRA V. ATENCIO
8                                             Attorneys for Defendant
                                              GOLDEN GATE BRIDGE, HIGHWAY
9                                             AND TRANSPORTATION DISTRICT

10  DATED:  October 27, 2009                   THE KEANE LAW FIRM, P.C.

11

12                                            By: _____

13                                            CHRISTOPHER J. KEANE
                                              ELLEN SHAPIRO
14                                            Attorneys for Plaintiff
                                              DEEPANSHA SINGH, a minor,
15                                            by her General Guardian, Deep Singh

16

17

18  IT IS SO ORDERED:

19

20

21  _____
    Edward M. Chen
22  U.S. Magistrate Judge

23

24

25

26

27

28

-2-

STIPULATION EXTENDING TIME TO FILE RESPONSE
CV 09 4108 EMC                                                        2075776.1