IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| D.S., a minor, by her general guardian, DEEP SINGH,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT, JOSHUA WOZMAN, AND DOES 1-100, inclusive,<br><br>  Defendant(s). | Case No.: CV-09-4108 EMC<br><br>**STIPULATION AND [P~~RO~~OSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties, through their attorneys, stipulate to continue the Case Management Conference from December 8, 2009, at 1:30 p.m. until January 20, 2010, at 1:30 p.m.

　　　　　　　　　　　　　　　　　　By: /s/ Christopher Keane
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

---

1
STIPULATION AND [PROPOSED] ORDER ADJOURNING CASE MANAGEMENT CONFERENCE

                                By: /s/Alexandra Atencio
                                Attorney for Defendant,Golden Gate
                                Bridge, Highway and Transportation
                                District


                                By: /s/Thomas Trapani
                                Attorney for Defendant,Wozman


                                By: /s/Thomas Green
                                Attorney for Defendant,USA


                          **[PROPOSED] ORDER**


Pursuant to the aforementioned stipulation, the Case Management Conference is continued from December 8, 2009, at 1:30 p.m. until January 20, 2010, at 1:30 p.m.   A joint cmc statement shall be filed by January 13, 2010. Plaintiffs shall serve a copy of this order upon all defendants.

IT IS SO ORDERED.

DATED: ___12/3/09_____      _____
                                  Hon. Edward M. Chen

2
STIPULATION AND [PROPOSED] ORDER ADJOURNING CASE MANAGEMENT CONFERENCE