HANSON BRIDGETT LLP
KIMON MANOLIUS - 154971
kmanolius@hansonbridgett.com
ALEXANDRA V. ATENCIO - 227251
aatencio@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
*Telephone:    (415) 777-3200*
*Facsimile:    (415) 541-9366*

Attorneys for Defendant
GOLDEN GATE BRIDGE, HIGHWAY AND
TRANSPORTATION DISTRICT

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DEEPANSHA SINGH, a minor, by her General Guardian, Deep Singh,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT, JOSHUA WOZMAN, and DOES 1-100, inclusive,<br><br>Defendants. | **No. CV 09 4108 EMC**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON DEFENDANTS' DISPOSITIVE MOTIONS**<br><br>Action Filed:  September 4, 2009 |

The parties in this matter, Defendants GOLDEN GATE BRIDGE, HIGHWAY, AND TRANSPORTATION DISTRICT ("District"), UNITED STATES OF AMERICA ("USA"), and JOSHUA WOZMAN (collectively referred to herein as "Defendants"), and Plaintiff DEEPANSHA SINGH, a minor, by her General Guardian, Deep Singh (hereinafter "Plaintiff"), through their attorneys of record, hereby stipulate to an order continuing the hearing on Defendant District's and USA's dispositive motions set in the above-captioned matter on April 28, 2010 to May 5, 2010, or as soon thereafter as may be allowed.

- 1 -
STIPULATION TO CONTINUE HEARING ON DEFENDANTS' DISPOSITIVE
MOTIONS; CASE NO. CV 09 4108 EMC

2273345.1

1  The parties further stipulate that all applicable deadlines will be reset to correspond with
2  the new hearing date.
3  Accordingly, the parties respectfully request that the Court enter the accompanying
4  proposed order.
5  IT IS SO STIPULATED.
6
7  I, Alexandra V. Atencio, hereby attest that the below named counsel have authorized me, verbally and by email, to e-sign this document on their behalf.
8
9  DATED: March 8, 2010                    HANSON BRIDGETT LLP
10
11                                          By: /s/ Alexandra V. Atencio
12                                              ALEXANDRA V. ATENCIO
                                                Attorneys for Defendant
13                                              GOLDEN GATE BRIDGE, HIGHWAY
                                                AND TRANSPORTATION DISTRICT
14  DATED: March 8, 2010
15
16                                          By: /s/ Thomas R. Green
                                                THOMAS R. GREEN
17                                              Assistant United States Attorney for
                                                Defendant UNITED STATES OF
18                                              AMERICA
19  DATED: March 8, 2010                    ADAMS, NYE, TRAPANI, BECHT, LLP
20
21                                          By: /s/ Thomas A. Trapani
                                                THOMAS A. TRAPANI
22                                              Attorneys for Defendant
                                                JOSHUA WOZMAN
23
24  DATED: March 8, 2010                    THE KEANE LAW FIRM
25
26                                          By: /s/ Christopher Keane
                                                CHRISTOPHER KEANE
27                                              Attorney for Plaintiff
28

- 2 -

# ORDER

The Court, having reviewed the above Stipulation to Continue the Hearing on Defendants' Dispositive Motions, HEREBY ORDERS AS FOLLOWS:

The hearing on Defendant Golden Gate Bridge, Highway, and Transportation District's and the United States of America's dispositive motions, previously scheduled for April 28, 2010 at 3:00 p.m. in Courtroom C, 15th Floor, of the U.S. District Court, 450 Golden Gate Avenue, San Francisco, CA, shall be continued to May 5, 2010 at ~~3:00 p.m.~~ 10:30 a.m. in Courtroom C, 15th Floor, of the U.S. District Court. All applicable deadlines will be reset to correspond with the new hearing date

**IT IS SO ORDERED.**

Dated: March 12, 2010

_____
Hon. Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO CONTINUE HEARING ON DEFENDANTS' DISPOSITIVE MOTIONS; CASE NO. CV 09 4108 EMC

2273345.1