1   HANSON BRIDGETT LLP
    KIMON MANOLIUS - 154971
2   kmanolius@hansonbridgett.com
    ALEXANDRA V. ATENCIO - 227251
3   aatencio@hansonbridgett.com
    425 Market Street, 26th Floor
4   San Francisco, CA  94105
    *Telephone:     (415) 777-3200*
5   *Facsimile:     (415) 541-9366*

6   Attorneys for Defendant
    GOLDEN GATE BRIDGE, HIGHWAY AND
7   TRANSPORTATION DISTRICT

8                   **UNITED STATES DISTRICT COURT**

9           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11

12  DEEPANSHA SINGH, a minor, by her          **No. CV 09 4108 EMC**
    General Guardian, Deep Singh,
13
                   Plaintiff,              **STIPULATION AND [PROPOSED]**
14                                         **ORDER TO CONTINUE THE HEARING**
                                           **ON DEFENDANTS' DISPOSITIVE**
15          v.                             **MOTIONS**

16  UNITED STATES OF AMERICA,
    GOLDEN GATE BRIDGE, HIGHWAY
17  AND TRANSPORTATION DISTRICT,           Action Filed:  September 4, 2009
    JOSHUA WOZMAN, and DOES 1-100,
18  inclusive,

19                  Defendants.

20

21         The parties in this matter, Defendants GOLDEN GATE BRIDGE, HIGHWAY, AND

22  TRANSPORTATION DISTRICT ("District"), UNITED STATES OF AMERICA ("USA"), and

23  JOSHUA WOZMAN (collectively referred to herein as "Defendants"), and Plaintiff

24  DEEPANSHA SINGH, a minor, by her General Guardian, Deep Singh (hereinafter "Plaintiff"),

25  through their attorneys of record, hereby stipulate to an order continuing the hearing on

26  Defendant District's and USA's dispositive motions set in the above-captioned matter on May 5,

27  2010 to May 26, 2010, or as soon thereafter as may be allowed.  Such continuance is necessary to

28  facilitate the recent discussions between Plaintiff and the District regarding potential settlement of

                                      - 1 -

1   this action against the District, and will serve judicial economy in that if a settlement is reached

2   the District's dispositive motion will be unnecessary.

3        The parties further stipulate that all applicable deadlines will be reset to correspond with

4   the new hearing date.

5        Accordingly, the parties respectfully request that the Court enter the accompanying

6   proposed order.

7        IT IS SO STIPULATED.

8

9        I, Alexandra V. Atencio,  hereby attest that the below named counsel have authorized me,

    verbally and by email, to e-sign this document on their behalf.

10

11   DATED:  March 29, 2010                    HANSON BRIDGETT LLP

12

13                                       By: /s/ Alexandra V. Atencio
                                          ALEXANDRA V. ATENCIO
14                                       Attorneys for Defendant
                                          GOLDEN GATE BRIDGE, HIGHWAY
15                                       AND TRANSPORTATION DISTRICT

16   DATED:  March 29, 2010

17

18                                       By: /s/ Thomas R. Green
                                          THOMAS R. GREEN
19                                       Assistant United States Attorney for
                                          Defendant UNITED STATES OF
20                                       AMERICA

21   DATED:  March 29, 2010                    ADAMS, NYE, TRAPANI, BECHT, LLP

22

23                                       By: /s/ Thomas A. Trapani
                                          THOMAS A. TRAPANI
24                                       Attorneys for Defendant
                                          JOSHUA WOZMAN

25

26

27

28
                                      - 2 -
STIPULATION TO CONTINUE HEARING ON DEFENDANTS' DISPOSITIVE
MOTIONS; CASE NO. CV 09 4108 EMC                                   2300301.1

1    DATED:  March 29, 2010                    THE KEANE LAW FIRM

2

3                                              By: /s/ Christopher Keane
                                                   CHRISTOPHER KEANE
4                                                  Attorney for Plaintiff

5

6                                       **ORDER**

7           The Court, having reviewed the above Stipulation to Continue the Hearing on Defendants'

8    Dispositive Motions, HEREBY ORDERS AS FOLLOWS:

9           The hearing on Defendant Golden Gate Bridge, Highway, and Transportation District's

10   and the United States of America's dispositive motions, previously scheduled for May 5, 2010 at

11   10:30 a.m. in Courtroom C, 15th Floor, of the U.S. District Court, 450 Golden Gate Avenue, San

12   Francisco, CA, shall be continued to May 26, 2010 at 10:30 a.m. in Courtroom C, 15th Floor, of

13   the U.S. District Court.  All applicable deadlines will be reset to correspond with the new hearing

14   date

15

16   **IT IS SO ORDERED.**

17

18   Dated: _____3/30/10_____          _____ Chen

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE HEARING ON DEFENDANTS' DISPOSITIVE
MOTIONS; CASE NO. CV 09 4108 EMC                              2300301.1