1
2
3
4
5
6
7
8

Christopher J. Keane (SB# 194848)
Ellen Shapiro (SBN 127847)
THE KEANE LAW FIRM, P.C.
1388 Haight Street, #244
San Francisco, CA 94117
Phone: 415.398.2777
Fax: 415.398.2777
ckeane@keanelaw.com


Attorneys for Plaintiff

9
10
11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

12
13
14
15
16
17
18
19
20
21

D.S., a minor, by her general guardian,
Deep Singh

           Plaintiff,

      v.

UNITED STATES OF AMERICA,
GOLDEN GATE BRIDGE, HIGHWAY
AND TRANSPORTATION DISTRICT,
JOSHUA WOZMAN, AND DOES 1-
100, inclusive,

           Defendants.

        )
        )
        )
        )
        )
        )
        )
        )
        )
        )
        )
        )
        )
        )

Case No.:  CV-09-4108 EMC

[*PROPOSED*] ORDER APPROVING
PETITION TO APPROVE
MINOR'S COMRPOMISE AS TO
DEFENDANT, GOLDEN GATE
BRIDGE, HIGHWAY AND
TRANSPORTATION DISTRICT

22
23
24
25
26
27
28

Plaintiff's petition to approve the compromise of the minor's action as to Defendant, Golden Gate

Bridge, Highway and Transportation District having been submitted to the Court for approval, and the

Court being aware of the underlying facts of the action as set forth in the petition,


IT IS HEREBY ORDERED that:

[*PROPOSED*] ORDER TO APPROVE COMPROMISE OF MINOR'S ACTION AS TO DEFENDANT, GOLDEN GATE BRIDGE,
HIGHWAY AND TRANSPORTATION DISTRICT

1  a)  compromise of the minor's action as to Defendant, GOLDEN GATE BRIDGE, HIGHWAY

2      AND TRANSPORTATION DISTRICT is approved for the amount and pursuant to the terms set

3      forth in the Settlement Agreement and release attached as Exhibit 1 to the petition to approve

4      compromise of the minor's action, and

5  b)  the proceeds of the settlement are authorized to be retained by the plaintiff's attorney for

6      reimbursement of expenses incurred thus far in this litigation in the amount of $1799.02, and the

7      remainder ($200.98) is to be held in the plaintiff's attorney's IOLTA for future costs related to

8      this litigation and until further order of this court.

Dated: _____  6/15/10

_____ GISTRATE JUDGE



IT IS SO ORDERED

Judge Edward M. Chen

[*PROPOSED*] ORDER TO APPROVE COMPROMISE OF MINOR'S ACTION AS TO DEFENDANT, GOLDEN GATE BRIDGE,
HIGHWAY AND TRANSPORTATION DISTRICT