Christopher J. Keane (SB194848)
Ellen Shapiro (SBN 127847)
THE KEANE LAW FIRM, P.C.
1388 Haight Street, #244
San Francisco, CA 94117
Phone: 415.398.2777
Fax: 415.398.2777
ckeane@keanelaw.com

Attorneys for Plaintiff
D.S., a minor, by her General Guardian,
Deep Singh

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| D.S., a minor, by her General Guardian, Deep Singh,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT, JOSHUA WOZMAN, and DOES 1-100, inclusive,<br><br>Defendants. | No. CV 09 4108 EMC<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL AS TO DEFENDANT GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT; AND [PROPOSED] ORDER**<br><br>Action Filed: September 4, 2009 |

TO THE HONORABLE EDWARD M. CHEN AND THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to the stipulated Settlement Agreement and Release (the "Release") entered into between plaintiff D.S., a minor, by her General Guardian, Deep Singh, and Defendant Golden Gate Bridge, Highway and Transportation District (the "District") in the above-captioned action, which Release was attached as Exhibit 1 to Plaintiff's *Petition to Approve Compromise of*

- 1 -

*Minor's Action as to Defendant Golden Gate Bridge, Highway and Transportation District* ("Petition"), and pursuant to the Court's Order approving Plaintiff's Petition, Plaintiff hereby requests this Court to enter an order dismissing the case against the District with prejudice. Except as otherwise required by the terms of the Release, each party will bear its own costs, expenses, and attorneys' fees.

DATED: June 21, 2010

THE KEANE LAW FIRM, P.C.

By: _____
Christopher J. Keane
Ellen Shapiro
Attorneys for Plaintiff
D.S., A MINOR, BY HER GENERAL GUARDIAN, DEEP SINGH

### ORDER

IT IS HEREBY ORDERED THAT, pursuant to the terms of the parties' stipulated Settlement Agreement and Release ("Release"), which is expressly incorporated herein by reference, the above-captioned matter is dismissed with prejudice as to Defendant Golden Gate Bridge, Highway and Transportation District; and

IT IS HEREBY FURTHER ORDERED THAT each party will bear its own costs, expenses, and attorneys' fees except as otherwise required by the terms of the Release.

DATED: July 19, 2010

_____
EDWARD M. CHEN



IT IS SO ORDERED
Judge Edward M. Chen

REQUEST FOR DISMISSAL AND [PROPOSED] ORDER - CV 09-4108 EMC

2388790.1