Christopher J. Keane (SB# 194848)
Ellen Shapiro (SBN 127847)
THE KEANE LAW FIRM, P.C.
1388 Haight Street, #244
San Francisco, CA 94117
Phone: 415.398.2777
Fax: 415.398.2777
ckeane@keanelaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| D.S., a minor, by her general guardian, Deep Singh,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA WOZMAN and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: CV-09-4108 EMC<br><br>[~~PROP~~OSED] ORDER TO CONTINUE TRIAL DATE FROM MARCH 21, 2011 TO JULY 25, 2011 |

With the parties, through their attorneys, having stipulated to continue the trial of this action,

IT IS HEREBY ORDERED that the trial of this action is continued from March 21, 2011, to July 25, 2011.  A revised case management order will be issued by the Court.

Dated:  8/26/10

_____
Hon. Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen