UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| D.S.,<br>     Plaintiff,<br><br>     v.<br><br>JOSHUA WOZMAN,<br>     Defendant.<br>_____/ | No. C 09-4108 EMC<br><br>**ORDER GRANTING REQUEST FOR PLAINTIFF'S GUARDIAN TO ATTEND THE MEDIATION TELEPHONICALLY**<br><br>Date:      October 19, 2010<br>Mediator: Michael Lee |

IT IS HEREBY ORDERED that the request for plaintiff's guardian, Deep Singh, to be excused from personally attending the October 19, 2010 mediation session before Michael Lee is GRANTED.  Mr. Singh shall be available at all times to participate by telephone in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

October 18, 2010           By:          *Elizabeth D. Laporte*
Dated                                         Elizabeth D. Laporte
                                              United States Magistrate Judge