1
2
3
4
5
6
7         UNITED STATES  DISTRICT COURT
8            Northern District of California
9              San Francisco Division
10
11   D.S.,
                Plaintiff,                    No. C 09-4108 EMC
12        v.                                  **ORDER GRANTING REQUEST FOR
                                              DEFENDANT AND DEFENDANT'S
13   JOSHUA WOZMAN,                           INSURER REPRESENTATIVE TO
                Defendant.                    ATTEND THE MEDIATION
14   _____/        TELEPHONICALLY**
15
16                                            Date:       October 19, 2010
                                              Mediator:   Michael Lee
17
18        IT IS HEREBY ORDERED that the request for defendant Joshua Wozman and his insurer

19   representative, Joe DeBacker, to be excused from personally attending the October 19, 2010

20   mediation session before Michael Lee is GRANTED.  Messrs. Wozman and DeBacker shall be

21   available at all times to participate by telephone in accordance with ADR L.R. 6-10(f).

22        The court hereby strongly ADMONISHES attorney Thomas Trapani for submitting his

23   request so late.  The court notes that mediator Michael Lee reminded counsel of the deadline for

24   submitting this request both in his pre-mediation phone conference and his follow-up letter of

25   September 16, 2010, that plaintiff's counsel submitted a timely request, and that attorneys practicing

26   in the court are required to know and comply with all court rules and procedures.  It would be unjust,

27   ///

28   ///

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

however, to penalize Mr. Wozman for his attorney's negligence.

      IT IS SO ORDERED.


October 18, 2010          By:                   _____
Dated                                   Elizabeth D. Laporte
                               United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California