Christopher J. Keane (SBN 194848)
Ellen Shapiro (SBN 127847)
THE KEANE LAW FIRM, P.C.
1388 Haight Street #244
San Francisco, CA 94117
Telephone: (415) 398-2777
Fax: (415) 520-2282
E-mail: ckeane@keanelaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| D.S., a minor, by her General Guardian, Deep Singh,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA WOZMAN, and DOES 1-100, inclusive,<br><br>　　　　Defendant(s). | Case No.: C-09-04108 EMC<br>Hon. Edward M. Chen<br><br>STIPULATION and *[PROPOSED]* ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND DISCOVERY DATES<br><br>Action filed: 9/4/2009<br>Trial date: 7/25/2011 |

The parties, through their attorneys, stipulate to continue the Case Management Conference from March 2, 2011 to May 4, 2011. The purpose of this continuance is to complete the mediation scheduled with Judge Zimmerman on April 28, 2011.

The parties, through their attorneys, stipulate to extension of discovery dates as follows:

All non-expert discovery shall be completed by May 4, 2011.

1

Stipulation and [Proposed] Order

1  Experts shall be disclosed and reports provided by plaintiff and defendant by May 18, 2011.

2  Rebuttal experts shall be disclosed and reports provided by May 25, 2011.

3  All discovery from experts shall be completed by June 4, 2011.

4
5  All other dates shall remain the same.

6
7                                              By: _____//_____
8                                              Attorney for Plaintiff
9                                              By:_____//_____
10                                             Attorney for Defendant, Wozman
11
12                          [*PROPOSED*] ORDER
13
14  Pursuant to the aforementioned stipulation, IT IS HEREBY ORDERED that the Case Management
15  Conference shall be continued from March 2, 2011 to May 4, 2011 at 2:30 p.m.
16
17
18  The parties, through their attorneys, stipulate to extension of discovery dates as follows:
19  All non-expert discovery shall be completed by May 4, 2011.
20  Experts shall be disclosed and reports provided by plaintiff and defendant by May 18, 2011.
21  Rebuttal experts shall be disclosed and reports provided by May 25, 2011.
22
23  All discovery from experts shall be completed by June 4, 2011.
24  All other dates shall remain the same.
25  IT IS SO ORDERED.
26
27  DATED: _____          _____
28                                     Hon. Edward M. Chen

Stipulation and [Proposed] Order