Christopher J. Keane (SBN 194848)
Ellen Shapiro (SBN 127847)
THE KEANE LAW FIRM, P.C.
1388 Haight Street #244
San Francisco, CA 94117
Telephone: (415) 398-2777
Fax: (415) 520-2282
E-mail: ckeane@keanelaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| D.S., a minor, by her General Guardian, Deep Singh,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA WOZMAN, and DOES 1-100, inclusive,<br><br>Defendant(s). | Case No.: C-09-04108 EMC<br>Hon. Edward M. Chen<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P 41(a)(1)(A) ORDER**<br><br>Action filed: 9/4/2009<br>Trial date: 7/25/2011 |

The parties, through their attorneys, stipulate to voluntary dismissal of this action without prejudice pursuant to F.R.C.P. 41(a)(1)(A).

Dated: 5/10/11                              By: _____

                                            Attorney for Plaintiff

Dated: 5/10/11                              By: _Thomas A. Trapani_

                                            Attorney for Defendant, Wozman

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

Stipulation for Voluntary Dismissal

IT IS SO ORDERED
Judge Edward M. Chen